**SO ORDERED.**

**DONE and SIGNED May 26, 2015.**



_____
JEFFREY P. NORMAN
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: 15-10643 |
| JAMES DOUGLAS FERGUSON, II | CHAPTER 13 |
| DEBTOR | |

**ORDER LIFTING STAY AND CO-DEBTOR STAY ON SURRENDERED VEHICLE**

Considering the Motion to Lift Stay filed by Harley-Davidson Credit Corp. ("Harley-Davidson"), the lack of opposition, the certificate of service, and the hearing set for June 9, 2015:

IT IS ORDERED that the automatic stay and co-debtor stay are hereby lifted and modified, even if this proceeding is converted to one under another chapter, to permit Harley-Davidson to foreclose on its interest in the 2009 Harley-Davidson FLSTC Heritage Softail bearing Manufacturer's Serial Number 1HD1BW5199Y059306, by executory process or by ordinary process, to have the vehicle seized and sold pursuant to state law, to receive the proceeds of the

sale up to the full amount of the debt or to bid up to the full amount of the debt at the sale or to authorize the Debtors to surrender voluntarily the vehicle to Harley-Davidson.

###

GREGORY J. WALSH
336 Lafayette St., Suite 301
New Orleans, LA   70130
Telephone:  (504) 568-0517
greg@sundmakerfirm.com
**Attorney for Harley-Davidson Credit Corp.**